FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK G.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | NO: 1:20-CV-03097-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On July 8, 2020, Magistrate Judge John T. Rodgers issued a Report and Recommendation that this Court deny Plaintiff's Application to Proceed *In Forma Pauperis* and pay the filing fee and administrative fee in full. ECF No. 4. Plaintiff was given fourteen days to file objections to the Report and Recommendation. No objections have been filed.

The clerk of each court shall require parties instituting any civil action to pay a filing fee. 28 U.S.C. § 1914(a). A civil action may commence without the payment of a filing fee if a person submits a motion to proceed *in forma pauperis*

ORDER ~ 1

1  with an affidavit of indigency. 28 U.S.C. § 1915(a). Here, Plaintiff submitted

2  such an affidavit. ECF No. 2. However, Plaintiff alleged assets sufficient to cover

3  the cost of the filing fee and the administrative fee required by the Court.

4      Accordingly, **IT IS HEREBY ORDERED:**

5      1. Magistrate Judge John T. Rodgers' Report and Recommendation, **ECF**

6      **No. 4**, is **ADOPTED in full**.

7      2. Plaintiff's Application to Proceed *In Forma Pauperis*, **ECF No. 2**, is

8      **DENIED**.

9      3. Plaintiff shall pay the full filing fee and administrative fee within thirty

10     (30) days of this Order.

11 **IT IS SO ORDERED** The Clerk's Office is directed to enter this Order and

12 provide copies to all counsel.

13     **DATED** August 7, 2020.

        *s/Fred Van Sickle*
        Fred Van Sickle
        Senior United States District Judge

ORDER ~ 2